1132

No. M-52. HARRIS v. MONTGOMERY COUNTY DEPARTMENT OF SOCIAL SERVICES;

No. M-53. SCHWARTZ ET AL. v. AULTMAN HEALTH SERVICES ASSN., DBA AULTMAN HOSPITAL, ET AL.;

No. M-54. CLIFFORD v. GLICKMAN, SECRETARY OF AGRICULTURE; and

No. M-55. CLIFTON v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M-56. PANDEY v. PAUL REVERE LIFE INSURANCE CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 95-346. UNITED STATES v. $405,089.23 IN UNITED STATES CURRENCY ET AL. C. A. 9th Cir. [Certiorari granted, 516 U. S. 1070.] Motion of respondent James Wren for leave to proceed further herein in forma pauperis granted.

No. 95-7186. JONES v. ABC-TV ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [516 U. S. 363] denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 95-7894. SHIEH v. HATHAWAY ET AL. C. A. 9th Cir.; and

No. 95-7895. SHIEH v. EBERSHOFF ET AL. C. A. 9th Cir. Motions of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until May 6, 1996, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 95-8261. IN RE ZAPATA. Petition for writ of habeas corpus denied.

No. 95-7861. IN RE ROY; and

No. 95-8028. IN RE WARREN. Petitions for writs of mandamus denied.

No. 94-1474. IDAHO ET AL. v. COEUR D'ALENE TRIBE OF IDAHO ET AL. C. A. 9th Cir. Certiorari granted.